IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTWINE EQUAILITY GRAVES

VS.                                                       CIVIL ACTION NO. 1:14CV112-KS-MTP

CHRISTOPHER EPPS, ET AL

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on February 18, 2015, after referral of hearing by this Court, and objections have been filed by Plaintiff and each addressed by this Court.  On June 8, 2015, this Court again addressed Plaintiff's Objection in its Order [26] and at the conclusion of said Order stated:

> Plaintiff is given an additional thirty (30) days from the date of this Order or until July 6, 2015, to complete service on Defendant Epps. Plaintiff is also reminded that no process has been completed for co-defendant David Sanderson and that there is a Report and Recommendation which recommends that the Complaint be dismissed without prejudice for failure to complete process, pursuant to Rule 4(m).  This Court has liberally granted extensions to serve process because of Plaintiff's status and for the reasons herein and specified in prior orders, this Court warns Plaintiff that unless process is completed on one or both of the Defendants, that this Complaint will be dismissed on or after July 6, 2015, without further notice.

Having fully considered the Report and Recommendation, as well as the record in this matter, and being fully advised in the premises, this Court finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and

the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 11th day of August, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE